**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00878-EWN-PAC

MONICA TAYLOR,

       Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, INC., a New York corporation,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay its own attorney's fees and costs.

Dated: July 28, 2006

BY THE COURT:


s/ Edward W. Nottingham
U.S. DISTRICT JUDGE